UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 14-22882-CIV-ALTONAGA/O'Sullivan

**DEBRA GRIMALDO**,

    Plaintiff,
vs.

**CARNIVAL CORPORATION**, *et al.*,

    Defendants.
_____/

## ORDER

**THIS CAUSE** came before the Court on Plaintiff's Motion for Reconsideration . . . ("Motion") [ECF No. 30], filed November 13, 2014. In the Motion, Plaintiff requests the Court reconsider its Order [ECF No. 20] granting Defendant, Carnival Corporation's Motion to Dismiss [ECF No. 10], and allow Plaintiff to file an amended complaint consistent with the Eleventh Circuit's recent opinion in *Franza v. Royal Caribbean Cruises Ltd.*, No. 13-13067, 2014 WL 5802293 (11th Cir. Nov. 10, 2014). On November 11, 2014, after the Court's Order, Plaintiff filed a Second Amended Complaint [ECF No. 29] consistent with the relief sought in the Motion. Accordingly, it is

**ORDERED AND ADJUDGED** that the Motion [ECF No. 30] is **DENIED AS MOOT**.

**DONE AND ORDERED** in Miami, Florida this 14th day of November, 2014.

                                                         **CECILIA M. ALTONAGA**
                                                         **UNITED STATES DISTRICT JUDGE**

cc:    counsel of record