UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 14-22882-CIV-ALTONAGA/O'Sullivan

**DEBRA GRIMALDO**,

    Plaintiff,

vs.

**CARNIVAL CORPORATION**, *et al.*,

    Defendants.

_____/

## ORDER

THIS CAUSE came before the Court on August 10, 2015 for a status conference. At the hearing, the Court advised Plaintiff that future orders entered by the Court would be sent to Plaintiff's email address. Accordingly, it is

**ORDERED AND ADJUDGED** that the Clerk is instructed to update the docket to ensure Plaintiff receives future Court orders at: hearsayole2@aol.com.

**DONE AND ORDERED** in Chambers at Miami, Florida this 13th day of August, 2015.

_____
**CECILIA M. ALTONAGA**
**UNITED STATES DISTRICT JUDGE**

cc:    counsel of record